# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANOI BARBARO ACOSTA,<br><br>        Petitioner,<br><br>    v.<br><br>J. DOERER; U.S. ATTORNEY GENERAL; and FEDERAL BUREAU OF PRISONS,<br><br>        Respondents. | Case No. 5:24-cv-01630-SPG-SSC<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 25]** |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. (ECF No. 25 ("Report and Recommendation")). The time for filing objections to the Report and Recommendation has passed and no objection has been received.

The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge and ORDERS that:

1. The Report and Recommendation is accepted and approved;
2. Respondents' motion to dismiss as to ground two of the petition is GRANTED;

3. Respondents' motion to dismiss as to ground one of the petition is DENIED; and

4. Respondents must file an answer to the petition with respect to ground one for relief only no later than 45 days after entry of this Order.

DATED: March 6, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE