JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANOI BARBARO ACOSTA,<br>Petitioner,<br>v.<br>C. LEPE, Warden, et al.,<br>Respondents. | Case No. 5:24-cv-01630-SPG-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and the action is dismissed with prejudice.

DATED: August 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE